

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JON D. BARDOUCHE,                 §              No. 08-14-00129-CV

          Appellant,            §               Appeal from the

v.                                  §             383rd District Court

MARY B. BARDOUCHE,        §            of El Paso County, Texas

          Appellee.             §               (TC# 96CM6257)

§

# **O R D E R**

Pending before the Court is Appellee's motion to vacate the ADR order entered on April 15, 2014 and reinstate the appellate timetables. Appellant has filed a response stating he does not object to the motion. Accordingly, we grant the motion and vacate the ADR order. The record shall be filed in this Court on or before June 20, 2014.

IT IS SO ORDERED this 21st day of May, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.